■ RALPH E. BOONE et al., Appellants, v ANDREW D'ALTERIO et al., Respondents. — Appeal from an order of the Supreme Court at Special Term (Kuhnen, J.), entered September 16, 1981 in Broome County, which denied plaintiffs' application for an order to show cause why leave should not be granted to renew and reargue the court's prior decisions dated September 27, 1979 and January 2, 1980. No appeal lies from a denial of a show cause order. Appeal dismissed, without costs. Kane, J. P., Main, Casey, Mikoll and Yesawich, Jr., JJ., concur.

■ In the Matter of the Claim of SCOTT BRANNIGAN, Respondent. LILLIAN ROBERTS, as Industrial Commissioner, Appellant. — Appeal by the Industrial Commissioner from a decision of the Unemployment Insurance Appeal Board, filed December 10, 1981, which reopened, reconsidered and adhered to its decision filed August 5, 1981, affirming the decision of the Administrative Law Judge, which overruled the initial determination of the Industrial Commissioner disqualifying claimant from receiving benefits effective January 29, 1981, because he lost employment through misconduct. Decision affirmed, without costs (see *Matter of Ranni [Ross],* 84 AD2d 858, mot for lv to app granted 56 NY2d 501). Main, J. P., Mikoll, Yesawich, Jr., Weiss and Levine, JJ., concur.